CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UMANG KACKER, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>        Defendants. | Case No. 5:26-cv-00468 NC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT AND ORDER** |

The parties hereby stipulate to an extension of time for Defendants' response to Plaintiffs' complaint. Defendants will file their response on or before May 6, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

Plaintiffs filed this mandamus action seeking adjudication of their Form I-526E, Immigrant Petition by Regional Center Investor, and Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS has completed adjudication of the Form I-526E petition but needs a brief period of additional time to review the I-485 applications to determine how best to proceed.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 2. Currently,

Stipulation to Extend
Case No. 5:26-cv-00468 NC                1

Defendants must file a motion for summary judgment by 120 days after the complaint was served, or June 4, 2026.  In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants file their motion for summary judgment with 30 days of filing an Answer to the Complaint.

Dated: April 3, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: April 3, 2026

 /s/ Umang Kacker
UMANG KACKER
*Pro Se*

/s/ Rajnita Rajnath Kamath
RAJNITA RAJNATH KAMATH
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:     April 3, 2026

NATHANAEL                    Judge

GRANTED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

_____

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 5:26-cv-00468 NC                    2

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2.      On January 16, 2026, Plaintiffs filed a complaint in which they seek adjudication of their Form I-526E, Immigrant Petition by Regional Center Investor, and Form I-485, Application to Register Permanent Residence or Adjust Status.  *See* Dkt. No. 1.  Our office was served with the complaint on February 4, 2026.

3.      My office has been conferring with the agency regarding this case and we determined that Defendants need a brief period of additional time to review Plaintiff's Form I-485 applications and to prepare their response. Accordingly, my office contacted Plaintiff's counsel regarding Defendants' request for an extension of time and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  April 3, 2026

_/s/ Molly A. Friend_____
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation to Extend
Case No. 5:26-cv-00468 NC                       3